UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WAYNE P. GARFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-11617-GAO |
| | ) | |
| THOMAS L. McLAUGHLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| WAYNE P. GARFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-10197-GAO |
| | ) | |
| THOMAS L. McLAUGHLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ON PLAINTIFF'S MOTIONS TO COMPEL.

December 22, 2011

SOROKIN, M.J.,

On November 22, 2011, in case number 10-cv-11771, Plaintiff filed a Motion to Compel Responses to Request for First Set of Interrogatories by Defendant Mark Gibbons (Docket #22) and a Motion to Compel Responses to Request for Production to Documents, Admissions, and Interrogatories to Defendant Philip Mahoney (Docket #23). In his motions, Plaintiff stated that the

named Defendants failed to respond to these requests. Defendants shall respond to the Motion to Compel directed to Defendant Mahoney by January 11, 2012. With respect to the Motion to Compel directed to Defendant Gibbons, the Court DENIES the Motion on the basis that Defendants have answered the subject request. At a hearing held on December 21, 2011, the Court addressed the Plaintiff's objections to these responses and SUSTAINED all objections.

On November 30, 2011, in case number 09-cv-11617, Plaintiff filed a Motion to Compel Responses to Request for Production of Documents, Admissions, and Interrogatories by Defendant Paul Carpenter (Docket #80). In his motion, Plaintiff stated that Defendant Carpenter failed to respond to these requests. The Court DENIES the Motion on the basis that Defendants have answered the subject request. On December 12, 2011, in case number 09-cv-11617, Plaintiff filed a Motion to Compel Responses to Plaintiff's Second Request for Production of Documents and Third Set of Interrogatories by Defendant Nancy Goglia. Defendants shall respond to the Motion to Compel directed to Defendant Goglia by December 29, 2011.

The Court hereby orders the Plaintiff to make his expert disclosures, if any, in both cases as required by Federal Rule of Civil Procedure 26(a)(2) by January 31, 2012. The Defendants are hereby ordered to file a status report by February 7, 2012, proposing a schedule for expert discovery, if applicable, and for summary judgment that will be applicable to both cases.

                                                  /s / Leo T. Sorokin
                                         UNITED STATES MAGISTRATE JUDGE