UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE P. GARFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS L. McLAUGHLIN, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 09-11617-GAO |

ORDER ON MOTION TO COMPEL

January 26, 2012

SOROKIN, M.J.,

Pending before the Court is Plaintiff's Motion to Compel Defendant Nancy Goglia to Respond to Plaintiff's Third Set of Interrogatories and Second Set of Production of Documents (Docket #82). Defendant Goglia has now responded to the request for production of documents, therefore that portion of the Motion is DENIED AS MOOT. Defendant Goglia has been granted until February 1, 2012, to respond to the third set of interrogatories, therefore that portion of the Motion is DENIED AS PREMATURE.

      /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE