UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WAYNE P. GARFIELD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 09-11617-GAO |
| THOMAS L. McLAUGHLIN, et al., | ) ) ) | |
| Defendants. | ) ) | |
| WAYNE P. GARFIELD, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 10-10197-GAO |
| THOMAS L. McLAUGHLIN, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

March 13, 2012

SOROKIN, C.M.J.,

On February 22, 2012, in case number 09-cv011617, Defendant Paul Carpenter filed a Motion to Compel Production of Documents from Plaintiff (Docket #94) and a Motion to Compel Plaintiff's Answers to Interrogatories (Docket #95). On February 22, 2012, in case number 10-cv-10197, Defendant Mark Gibbons filed a Motion to Compel Plaintiff's Answers to Interrogatories

(Docket #33) and a Motion to Compel Production of Documents from Plaintiff (Docket #34). Plaintiff has not filed a response to any of these motions. At the last status conference, Plaintiff indicated that he would be on trial for violation of a restraining order in another matter on January 26, 2012, and that he faced a two-and-a-half year jail sentence if convicted.

The Court hereby orders Defendants Paul Carpenter and Mark Gibbons to file a report with this Court by March 20, 2012, indicating how they served Plaintiff and whether they believe Plaintiff received the Motions.

          /s / Leo T. Sorokin
    UNITED STATES MAGISTRATE JUDGE